UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARIA LETTMAN,

                Plaintiff,

        -against-

UNITED STATES, et al.,

                Defendants.
------------------------------------------------------------X

12 Civ. 6696 (LGS)

ORDER & OPINION

LORNA G. SCHOFIELD, District Judge:

    WHEREAS the Court granted in part and denied in part Defendant's motion for summary judgment, it is hereby

    ORDERED that the Final Pretrial Conference will be held on October 15, 2013. The parties shall consult the Court's Individual Rules to calculate submission dates for motions in limine, requests to charge, voir dire, and pretrial memoranda of law. Trial is set for October 21, 2013.

    ORDERED that the parties shall advise the Court by September 6, 2013 whether they want a reference to the Magistrate Judge for a settlement conference.

Dated: September 3, 2013
       New York, New York

*/s/ Lorna G. Schofield*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/13